

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN ISAIAH GREEN,<br><br>　　　　Defendant. | No. 2:14-cr-00201-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RYAN ISAIAH GREEN; Case No. 2:14-cr-00201-KJM, from custody for the following reasons:

　　__X__ Release on Personal Recognizance and Ordered to report to treatment program as instructed by the Probation Officer.

Issued at Sacramento, California on March 2, 2016, at 10:05 a.m.

　　　　　　　　　　　　　　　　　　　　Kimberly J. Mueller
　　　　　　　　　　　　　　　　　　　　United States District Judge